UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | Criminal No.: 5:16-cr-00264 (DNH) |
| ) | |
| v. ) | |
| ) | |
| **CHRISTOPHER M. SWARTZ,** ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF ADOPTION AND JOINDER IN PETITION TO CLAIM INTEREST IN FORFEITED PROPERTY

Petitioners, Edward St. Onge and Orienta Investors, LLC ("Orienta"), herby adopt and join in the Petition to Claim Interest in Forfeited Property (D.E. 43) and state as follows:

1. On June 5, 2017, Edward St. Onge received by mail addressed to him, a Notice to Potential Claimant together with the Court's Preliminary Order of Forfeiture (D.E. 9). Mr. St. Onge is president of Orienta and owns 50% of the equity of Orienta through a wholly-owned limited liability company, FTI Funding, LLC. Although Notice was sent to Mr. St. Onge, understanding that a petition to claim interest in the forfeited property was required to be filed within 35 days of receipt pursuant to 21 U.S.C. § 853(n), Mr. St. Onge, on behalf of Orienta, filed a Petition to Claim Interest in Forfeited Property (with Exhibits 1-14) on July 3, 2017. That Petition fully set forth all of the facts supporting the third party claim as well as Orienta's and Mr. St. Onge's interests.

2. Subsequently, on July 17, 2017, another Notice to Potential Claimant

42386351;1

together with the Court's Preliminary Order of Forfeiture D.E. 9), was received by mail addressed to Orienta. To avoid any confusion and in an abundance of caution to ensure that the statutory filing requirements are met, Orienta hereby adopts and joins in the previously filed Petition to Claim Interest in Forfeited Property (D.E. 43).

Date: July 20, 2017

                                      Respectfully submitted,

                                      **AKERMAN LLP**

                                      /s/ Scott M. Kessler
                                      Scott M. Kessler
                                      *Counsel for Orienta Investors, LLC*

## CERTIFICATE OF SERVICE

I certify on July 20, 2017 the foregoing was filed with the Clerk of the Court through the CM/ECF system and served on all counsel of record:

John N. Kane
U.S. Department of Justice - Tax Division
601 D Street NW
Room 7122
Washington, DC 20530
Email: john.n.kane@usdoj.gov
*Assistant U.S. Attorney*

Tamara Thomson
Office of United States Attorney - Syracuse Office
100 South Clinton Street
P.O. Box 7198
Syracuse, NY 13261
315-448-0672
Fax: 315-448-0658
Email: tamara.thomson@usdoj.gov
*Assistant U.S. Attorney*

Gabriel M. Nugent
Barclay Damon LLP - Syracuse Office
Barclay Damon Tower
125 East Jefferson Street
Syracuse, NY 13202
Email: gnugent@barclaydamon.com
*Counsel for Defendant Christopher Swartz*

                                          /s/ Scott M. Kessler
                                              Scott M. Kessler
                                              Akerman LLP