UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.: 5:16-cr-00264 (DNH) |
| | ) | |
| v. | ) | |
| | ) | |
| **CHRISTOPHER M. SWARTZ,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### ORIENTA INVESTORS, LLC'S NOTICE OF FILING CORRECTED PETITION TO CLAIM INTEREST IN FORFEITED PROPERTY

Petitioner, Orienta Investors, LLC ("Orienta"), gives notice of the contemporaneous filing of a Corrected Petition to Claim Interest in Forfeited Property. On today's date, September 21, 2017, Orienta filed its Claim Petition (D.E. 83) without the fully executed declaration. Filed contemporaneously herewith is the Corrected Claim Petition with the fully executed declaration. Orienta adopts and incorporates previously-filed Exhibits 1 – 17 into its Corrected Petition.

Date: September 21, 2017

Respectfully submitted,

AKERMAN LLP

/s/ Scott M. Kessler
Counsel for Orienta Investors, LLC

42915329;1

## CERTIFICATE OF SERVICE

I certify on September 21, 2017 the foregoing was filed with the Clerk of the Court through the CM/ECF system and served on all counsel of record:

John N. Kane
U.S. Department of Justice - Tax Division
601 D Street NW
Room 7122
Washington, DC 20530
Email: john.n.kane@usdoj.gov
*Assistant U.S. Attorney*

Tamara Thomson
Office of United States Attorney - Syracuse Office
100 South Clinton Street
P.O. Box 7198
Syracuse, NY 13261
315-448-0672
Fax: 315-448-0658
Email: tamara.thomson@usdoj.gov
*Assistant U.S. Attorney*

Gabriel M. Nugent
Barclay Damon LLP - Syracuse Office
Barclay Damon Tower
125 East Jefferson Street
Syracuse, NY 13202
Email: gnugent@barclaydamon.com
*Counsel for Defendant Christopher Swartz*

/s/ [signature]
Scott M. Kessler
Akerman LLP