UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Case No.: 5:16-cr-00264 (DNH) |
| | ) | |
| v. | ) | |
| | ) | |
| **CHRISTOPHER M. SWARTZ,** | ) | |
| | ) | |
| **Defendant.** | ) | |

TABLE OF CONTENTS FOR EXHIBITS ATTACHED TO
PETITIONER ORIENTA INVESTORS, LLC'S MOTION
FOR LEAVE TO FILE SUPPLEMENTAL APPENDIX IN RESPONSE TO
CHANGE CAPITAL PARTNERS FUND I, LLC'S OPPOSITION TO THE
GOVERNMENT'S APPLICATION FOR A PROTECTIVE ORDER

In accordance with the Order of the Honorable David N. Hurd, U.S.D.J., annexed please find a table of contents describing each Exhibit submitted with Petitioner Orienta Investors, LLC's Motion for Leave to File Supplemental Appendix in Response to Change Capital Partners Fund I, LLC's Opposition to the Government's Application for a Protective Order on March 13, 2018.

Dated: New York, New York
March 16, 2018

                                        **AKERMAN LLP**

                                        By:    /s/ Scott M. Kessler
                                                     Scott M. Kessler
                                                     Jacqueline Arango (admitted *pro hac vice*)
                                      666 Fifth Avenue, 20th Floor
                                      New York, NY 10103
                                      Tel.: (212) 880-3800
                                      Fax: (212) 880-8965

                                      *Attorneys for Petitioner Orienta Investors, LLC*

# TABLE OF CONTENTS

**Exhibit 1.**  UCC Financing Statement Amendment

**Exhibit 2.**  UCC Financing Statement Amendment

**Exhibit 3.**  UCC Financing Statement Amendment

**Exhibit 4.**  UCC Financing Statement Amendment

**Exhibit 5.**  UCC Financing Statement Amendment;

**Exhibit 6.**  Allonge to Secured Promissory Note dated January 1, 2009

**Exhibit 7.**  Allonge to Secured Promissory Note dated July 1, 2010

**Exhibit 8.**  Allonge to Secured Promissory Note dated July 28, 2010

**Exhibit 9.**  Amended and Restated Loan, Pledge and Security Agreement dated July 1, 2010

**Exhibit 10.** Assignment of Loan Documents made on May 9, 2012

**Exhibit 11.** Bill of Sale and Assignment of LLC Membership Interest made on May 9, 2012

**Exhibit 12.** HCG Mezzanine Development Fun, LP Written Consent of its General Partnership dated May 9, 2012

**Exhibit 13.** Loan, Pledge and Security Agreement dated January 7, 2009

**Exhibit 14.** Purchase Agreement dated May 9, 2012 and related documents

**Exhibit 15.** Purchase Agreement dated January 7, 2012 and related documents

**Exhibit 16.** Loan Modification and Forbearance Agreement dated November 9, 2012

**Exhibit 17.** Loan Modification and Forbearance Agreement dated May 9, 2013

**Exhibit 18.** Loan Modification Agreement dated February 2, 2014

**Exhibit 19.** Loan Modification and Forbearance Agreement dated October 1, 2015

**Exhibit 20.** Amended and Modified Promissory Note dated October 1, 2015

**Exhibit 21.** Replacement Security Agreement dated October 1, 2015

**Exhibit 22.** Replacement Security Agreement dated October 1, 2015

**Exhibit 23.** Unconditional and Irrevocable Guaranty of Payment and Performance dated October 1, 2015

**Exhibit 24.** Replacement Security Agreement dated October 1, 2015

**Exhibit 25.** Unconditional and Irrevocable Guaranty of Payment and Performance dated October 1, 2015

**Exhibit 26.** Replacement Security Agreement dated October 1, 2015

**Exhibit 27.** Unconditional and Irrevocable Guaranty of Payment and Performance dated October 1, 2015

**Exhibit 28.** Replacement Security Agreement dated October 1, 2015

**Exhibit 29.** Unconditional and Irrevocable Guaranty of Payment and Performance dated October 1, 2015

**Exhibit 30.** Replacement Security Agreement dated October 1, 2015

**Exhibit 31.** Unconditional and Irrevocable Guaranty of Payment and Performance dated October 1, 2015

**Exhibit 32.** Replacement Security Agreement dated October 1, 2015

**Exhibit 33.** USPTO Assignments

**Exhibit 34.** Jreck Companies and Swartz Family Trust UCC Filings

**Exhibit 35.** HCG UCC Filings.