UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

        -v-                                        5:16-CR-264

CHRISTOPHER M. SWARTZ,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| APPEARANCES: | OF COUNSEL: |
|---|---|
| HON. GRANT C. JAQUITH<br>United States Attorney for the<br>   Northern District of New York<br>100 South Clinton Street, P.O. Box 7198<br>Syracuse, NY 13261 | TAMARA THOMSON, ESQ.<br>Ass't United States Attorney |
| UNITED STATES DEPARTMENT<br>   OF JUSTICE - TAX DIVISION<br>Northern Criminal Enforcement Section<br>601 D Street NW, Room 7122<br>Washington, DC 20530 | JOHN N. KANE, JR., ESQ. |
| AKERMAN LLP<br>Attorneys for Claimant Orienta<br>   Investors, LLC<br>666 Fifth Avenue, 20th Floor<br>New York, NY 10103 | SCOTT M. KESSLER, ESQ. |

DAVID N. HURD
United States District Judge

## ORDER PERMITTING DISCOVERY

The United States of America (the "Government") has moved under Federal Rule of Criminal Procedure ("Criminal Rule") 32.2(c)(1)(B) for leave to conduct discovery to resolve factual issues regarding the alleged ownership interest of third-party claimant Orienta

Investors, LLC ("Orienta") in the proceeds of the sale of Jreck Subs.[1] Dkt. No. 212; *see also* Dkt. No. 203 (approving interlocutory sale in accordance with Criminal Rule 32.2(b)(7)).

Upon review of the Government's motion and supporting affidavit, the Court finds that "discovery is necessary or desirable to resolve factual issues" concerning Orienta's alleged ownership interest. *See* FED. R. CRIM. P. 32.2(c)(1)(B) (permitting court to direct discovery in accordance with the Federal Rules of Civil Procedure).

Therefore, it is

ORDERED that

The parties may conduct discovery in accordance with the Federal Rules of Civil Procedure for the purpose set forth *supra*.

IT IS SO ORDERED.

Dated: October 18, 2019
       Utica, New York.

_____
United States District Judge

---

[1] "Jreck Subs" or the "Asset" are shorthand terms for "any and all interests" defendant Christopher Swartz held in "the franchisor corporate business doing business as Jreck Subs in Watertown, New York," including the "franchise rights, trademarks, and other brand-related intellectual property."