

Scott M. Kessler

Akerman LLP
666 Fifth Avenue
20th Floor
New York, NY  10103

D: 212 880 3874
T: 212 880 3800
F: 212 880 8965
DirF: 212 905 6411
Scott.Kessler@akerman.com

June 9, 2020

**VIA ECF**

Honorable David N. Hurd, U.S.D.J.
United States District Court
Northern District of New York
Alexander Pirnie Federal Bldg. and U.S. Courthouse
10 Broad Street
Utica, New York 13501

      Re:   *In re: United States of America v. Christopher Swartz*
                Case No. 5-16-CR-0264 (DNH)

Dear Judge Hurd:

      We represent Orienta Investors, LLC ("Orienta") in connection with the ancillary proceedings in the above-referenced matter, and we write to follow up on the correspondence previously submitted on March 11, 2020 (D.E. 232).

      Despite indicating, in April 2020, that the Government was willing to proceed with responding to Orienta's request for production, dated **September 18, 2019**, no response has been received. The Court should not allow the Government to delay this case any further especially in light of the Government's own assertions that there is limited paper discovery to be done. Orienta, therefore, respectfully requests that the Court order a discovery conference so that a scheduling order can be entered setting forth discovery deadlines to move this proceeding to a conclusion.

      We appreciate the Court's consideration of these issues.

                                  Respectfully submitted,

                                  /s/ *Scott M. Kessler*
                                  Scott M. Kessler

cc: Counsel of Record