IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.   5:16-CR-00264 (DNH) |
| | ) | |
| **v.** | ) | |
| | ) | |
| **CHRISTOPHER M. SWARTZ,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2020, I filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the counsel of record for all involved parties.

/s/ *Brianna Strauss*
Brianna Strauss
Legal Assistant