UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

      -v-                                 5:16-CR-264

CHRISTOPHER M. SWARTZ,

      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| APPEARANCES: | OF COUNSEL: |
|---|---|
| HON. ANTOINETTE T. BACON<br>Acting United States Attorney for the<br>   Northern District of New York<br>100 South Clinton Street, P.O. Box 7198<br>Syracuse, NY 13261 | TAMARA THOMSON, ESQ.<br>Ass't United States Attorney<br><br>CLIFFORD R.R. KRIEGER, ESQ.<br>Special Ass't United States Attorney |
| UNITED STATES DEPARTMENT<br>   OF JUSTICE - TAX DIVISION<br>Northern Criminal Enforcement Section<br>601 D Street NW, Room 7122<br>Washington, DC 20530 | JOHN N. KANE, JR., ESQ. |
| AKERMAN LLP<br>Attorneys for Claimant Orienta<br>666 Fifth Avenue, 20th Floor<br>New York, NY 10103 | SCOTT M. KESSLER, ESQ. |

DAVID N. HURD
United States District Judge

## ORDER DENYING RECONSIDERATION

Third-party claimant Orienta Investors, LLC ("Orienta" or "claimant") has moved under Rules 59 and 60 of the Federal Rules of Civil Procedure seeking alteration, amendment, and/or reconsideration of the January 7,

2021 Memorandum—Decision & Order. Dkt. No. 260-1. In claimant's view, the Court committed 'clear error' by (1) applying an incorrect pleading standard; (2) overlooking a judicial estoppel argument; (3) refusing to permit amendment to the petition; and (4) dismissing the 'superior interest' claim in the presence of disputed facts. *Id.* The United States of America (the "Government") opposes the motion, Dkt. No. 261, which is now fully briefed, Dkt. No. 262.

Upon review of the briefing, claimant's motion for reconsideration will be denied for substantially the reasons set forth in the Government's opposition memorandum.

IT IS SO ORDERED.

Dated:  February 23, 2021
       Utica, New York.

_____
David N. Hurd
U.S. District Judge