# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | Case No.: 5:16-cr-00264 (DNH) |
| ) | |
| **v.** ) | |
| ) | |
| **CHRISTOPHER M. SWARTZ,** ) | |
| ) | |
| **Defendant.** ) | |
| _____\\ | |

## NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** that Claimant Orienta Investors, LLC ("Orienta") in the above-named case hereby appeals to the United States Court of Appeals for the Second Circuit from the Decision and Order dated January 7, 2021 (Dkt. No. 259), granting the Government's Second Motion to Dismiss and dismissing Orienta's Claim Petition with Prejudice, and the Order Denying Reconsideration of that Decision and Order dated February 23, 2021 (Dkt. No. 263), denying Orienta's motion to alter, amend and/or reconsider the January 7, 2021 Decision and Order, both of which were issued by the Honorable David N. Hurd, U.S.D.J.  This appeal is taken from the entirety of both of these orders, along with each and every part thereof.

Dated: March 5, 2021

**AKERMAN LLP**

/s/ *Scott M. Kessler*
Scott M. Kessler
666 Fifth Avenue, 20th Floor
New York, NY 10103
Tel.: (212) 880-3800
Fax: (212) 905-6411
Email: scott.kessler@akerman.com

*Attorneys for Orienta Investors, LLC*

**CERTIFICATE OF SERVICE**

I, Scott M. Kessler, certify that on March 5, 2021, a true and correct copy of the foregoing document was filed through the CM/ECF system, which caused notice to be sent to all counsel of record.

*/s/ Scott M. Kessler*
*Attorney for Orienta Investors, LLC*