UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

## ELECTRONIC NOTICE OF CRIMINAL APPEAL & CLERK'S CERTIFICATION

Dear Clerk of the Court,

Please take notice that on March 5, 2021 the court received a notice of appeal. This notice serves to inform you of the pending appeal and provides you with the information needed to process the appeal.

I, JOHN M. DOMURAD, CLERK, U.S. District Court for the Northern District of New York, DO, HEREBY CERTIFY that the foregoing docket entries, with the exception of the documents listed below, are maintained electronically on the court's CM/ECF system and constitute the Record on Appeal in the below listed action.

The following documents *are not* available electronically. Please notify the Utica Clerk's Office if you need any of the following documents:

Docket No.(s):   Sealed document nos. 132-4, 176, 177, 190, 198, 200, 202

IN TESTIMONY WHEREOF, I have hereunto set my hand and caused the Seal of said Court to be hereto affixed at the City of Utica, New York, this 8th day of March, 2021.

*Clerk of Court*

By:   s/Susan Evans
      Deputy Clerk

### Case Information

Case Name & Case No.     USA v. Christopher Swartz     5:16-CR-0264
Docket No. of Appeal:    265
Document Appealed:       259 and 263

Fee Status:   Paid X        Due ___        Waived (IFP/CJA)___

Counsel:      CJA ___       Retained X     Pro Se ___