

United States Department of Justice

*United States Attorney*
*Northern District of New York*

*100 South Clinton Street, P.O. Box 7198*    Tel.: (315) 448-0672
*James M. Hanley Federal Building*              Fax: (315) 448-0658
*Syracuse, New York 13261-7198*

September 1, 2023

Honorable David N. Hurd
United States District Court
Northern District of New York
Alexander Pirnie Federal Bldg. and U.S. Courthouse
10 Broad Street
Utica, New York 13501

      Re:    *United States of America v. Christopher Swartz*
             **Case No. 5-16-CR-0264 (DNH)**

Dear Judge Hurd:

      The government submits the following status report pursuant to the Court's Text Order dated June 1, 2023.

      In its Mandate of May 26, 2023, the Circuit Court remanded this matter for the sole purpose of providing the Court with an opportunity to reconsider whether to grant Orienta leave to amend its claim. The government maintains that Orienta should not be granted leave to amend.

      The United States met with counsel for Orienta on June 14, 2023, and the parties were unable to come to an agreement on this matter.

      The government is aware of Orienta's intention to file a motion for leave to amend, opposes the motion, and respectfully requests a briefing schedule from the Court so that the parties may fully set forth their respective positions.

                              Respectfully submitted,

                              CARLA B. FREEDMAN
                              United States Attorney

           By:     */s/John N. Kane Jr.*
                  JOHN N. KANE, JR.
                  Assistant Chief
                  United States Department of Justice
                  Tax Division, Northern Criminal Enforcement
                  Bar Roll No.:  515130

Letter to Hon. David N. Hurd
*United States of America v. Christopher Swartz*
Case No. 5-16-CR-0264 (DNH)
September 1, 2023
Page 2

|  |  |  |
|---|---|---|
| By: | */s/Tamara Thomson* |  |
|  | TAMARA THOMSON |  |
|  | Assistant United States Attorney |  |
|  | Bar Roll No.: 515310 |  |

|  |  |  |
|---|---|---|
| By: | */s/Clifford R.R. Krieger* |  |
|  | CLIFFORD R.R. KRIEGER |  |
|  | Special Assistant United States Attorney |  |
|  | Northern District of New York |  |
|  | Associate General Counsel |  |
|  | United States Marshals Service |  |
|  | Virginia Bar No.: 51044 |  |

|  |  |  |
|---|---|---|
| By: | */s/Elizabeth A. Conger* |  |
|  | ELIZABETH A. CONGER |  |
|  | Assistant United States Attorney |  |
|  | Bar Roll No. 520872 |  |

cc:   Jacqueline M. Arango, Esq., Akerman LLP, Counsel for Orienta